

Peter T. Shapiro<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Peter.Shapiro@lewisbrisbois.com<br>
Direct: 212.232.1322

May 14, 2024

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Rhone v. Zo Skin Health, Inc.*
               Case No. 1:24-cv-01121-KHP

Dear Judge Parker:

    I am counsel for defendant. I write with the approval of plaintiff's counsel to advise that the parties have agreed to a confidential settlement in principle. Accordingly, we ask that all deadlines be adjourned *sine die*, including for the parties' completion of mediation, referred by Your Honor on April 22, 2024, and the parties' submission of a joint letter regarding the status of mediation, currently due by May 20, 2024 (Dkt. No. 12). The parties are working on the settlement papers and hope to be in a position to submit a proposed consent decree for your approval within the next 45 days.

    Thank you for your attention to this matter.

                                              Respectfully,

                                             *Peter T. Shapiro*

                                             Peter T. Shapiro of
                                             LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

140186078.1