

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024
```

July 1, 2024

> Request GRANTED. Parties shall submit their proposed consent decree by July 12, 2024.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE       7/3/2024

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Rhone v. Zo Skin Health, Inc.*
               Case No. 1:24-cv-01121-KHP

Dear Judge Parker:

    I represent the defendant in this matter. The Court's order, dated May 17, 2024 (Dkt. No. 18), directed that the parties submit their proposed consent decree by today. I write with the consent of plaintiff's counsel to request that <u>the time for the parties to file the proposed consent decree be extended from July 1, 2024, up to and including July 12, 2024.</u> This is defendant's first request for an extension of time to file the proposed consent decree. The basis for the request is that, given the holiday, the parties require a brief extension to obtain all necessary signatures for the consent decree. We anticipate that will be completed in the next two weeks.

    Thank you for your attention to this matter.

                                       Respectfully,

                                       *Peter T. Shapiro*

                                       Peter T. Shapiro of
                                       LEWIS BRISBOIS BISGAARD &
                                       SMITH LLP

cc:    counsel for plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

142248432.1