USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONIMARIE RHONE,

Plaintiffs,

-against-

ZO SKIN HEALTH, INC.,

Defendants.

**ORDER**

**24-CV-1121 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court thanks Defendant for its November 10, 2026 update as to the progress of its website remediation. The Court directs Defendant to provide a report from Defendant's consultant regarding the remediation of Defendant's new website identified in its November 10, 2026 submission to this court. (ECF No. 28).

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge